ACCEPTED
01-14-00999-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:16:38 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00999-CV

### IN THE FIRST COURT OF APPEALS
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 4:16:38 PM
CHRISTOPHER A. PRINE
Clerk

### SAHAMI INVESTMENTS, LTD,
**Appellant**

### VS.

### STATELY HOME, LLC, THEODORE MORE, AND BRYAN PHILLIPS,
**Appellees**

### On Appeal from 113th District Court of Harris County, Texas
### Trial Court Cause Number 2014-12172

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellant, Sahami Investments, LTD, files this First Motion for Extension of Time to File Apellant's Brief and, in support thereof, would respectfully show the Court as follows:

1.  The deadline for Appellant to file the brief was February 25, 2015.

2.  Counsel for Appellant is in the process of negotiating a settlement in this matter and requests additional time to file the Appellant's Brief.

3.    This request for an extension of time is not sought for delay, but rather to give counsel for Appellant adequate time to prepare the Brief so that the briefing will be as helpful as possible to this Court.

4.    For the foregoing reasons, Appellant respectfully requests that this Court grant this First Motion for Extension of Time and give Appellant until May 26, 2015, to file its brief.   Appellant respectfully requests any further relief to which it is justly entitled.

Respectfully submitted,

THE SEILER LAW FIRM, PLLC


_/s/ Kenna M. Seiler_____
Kenna M. Seiler
State Bar No. 13944250
Erik C. Baumann
State Bar No. 24091292
8505 Technology Forest Place, Suite 1102
The Woodlands, Texas 77381
Telephone:  (281) 419-7770
Telecopier:  (281) 419-7791
E-mail: kenna.seiler@theseilerlawfirm.com
          Erik.baumann@theseilerlawfirm.com

ATTORNEYS FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Stephen Paxson, lead counsel for Appellees in this matter and he objects to Appellant's First Motion for Extension of Time to File Appellant's Brief.


*/s/ Kenna M. Seiler*_____
Kenna M. Seiler


## **CERTIFICATE OF SERVICE**

Pursuant to Rules 21. and 21a of the Texas Rules of Civil Procedure, I hereby certify that the original of the Appellant's First Motion for Extension of Time to File Appellant's Brief has been filed with the Clerk of the First Court of Appeals in writing, and true and correct copies have been delivered to all interested parties on March 11, 2015, correctly addressed as follows:

Stephen Paxson
Paxson & Associates, P.C.
2240 Bissonnet Street
Houston, TX 77005

Brandon M. Barchus
Faulk Barchus, PLLC
800 Bering Drive, Suite 400
Houston, TX 77057


*/s/ Kenna M. Seiler*_____
Kenna M. Seiler